JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DUNHAM, ) | Case No. EDCV 09-1438 AN |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED: April 5, 2010

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE